# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2012

143624 & (55)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

In re TD, Minor.

SC: 143624
COA: 294716
Washtenaw CC Family
Division: 2006-001101-DL

_____

PEOPLE OF THE STATE OF MICHIGAN,
       Petitioner-Appellee,

v

TD,
       Respondent-Appellant.

_____/

By order of March 26, 2012, the prosecuting attorney was directed to answer the application for leave to appeal the May 26, 2011 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and DISMISS this application as moot. Respondent was removed from the sex offender registry by order of the Washtenaw Circuit Court on September 14, 2011, and is no longer required to register under the amended Sex Offenders Registration Act, MCL 28.721, *et seq.* Accordingly, the issue whether it would be constitutional to compel his registration has been rendered moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2012 _____      _____

s1017                                                 Clerk